**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| RUSORO MINING LIMITED, | No. 18-7044 |
| *Petitioner-Appellee*, | (D.D.C. No. 1:16-cv-2020) |
| v. | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | |
| *Respondent-Appellant*. | |

**MOTION FOR EXTENTION OF TIME TO FILE
APPELLANT'S OPENING BRIEF AND APPENDIX**

Respondent-Appellant the Bolivarian Republic of Venezuela (the "Republic") respectfully requests a 60-day extension of time, to and including Friday, February 15, 2019, within which to file its opening brief and appendix in this appeal. As reported in the Republic's previous extension request, the parties have reached a settlement agreement in principle; additional time is needed, however, to effectuate that agreement.

Counsel has conferred with opposing counsel, and Petitioner-Appellee consents to the motion. The Court previously granted the Republic a 62-day extension and a 42-day extension.

Respectfully submitted,

Dated: December 7, 2018

*/s/ Kent A. Yalowitz*

Kent A. Yalowitz
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
kent.yalowitz@arnoldporter.com

*Attorney for the Bolivarian Republic of Venezuela*

# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, I electronically filed the foregoing document with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:  December 7, 2018          */s/  Kent A. Yalowitz*
                                   Kent A. Yalowitz

# CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing document complies with Fed. R.

App. P. 27(d)(2)(A) and Fed. R. App. P. 32(g)(1) because it contains 85 words.


Dated:  December 7, 2018        */s/  Kent A. Yalowitz*
                                        Kent A. Yalowitz