# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| RUSORO MINING LIMITED, | No. 18-7044 |
| *Petitioner-Appellee*, | (D.D.C. No. 1:16-cv-2020) |
| - against - | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | |
| *Respondent-Appellant*. | |

## MOTION PURSUANT TO CIRCUIT RULE 27(h) FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO STRIKE

Respondent-Appellant the Bolivarian Republic of Venezuela (the "Republic"), by and through undersigned counsel, respectfully requests a fourteen-day extension of time, to and including March 25, 2019, pursuant to Circuit Rule 27(h), within which to file its Response to the Motion to Strike, dated February 28, 2019 [Doc. No. 1775433]. Venable LLP attempted to seek the consent of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter") by telephone call on March 4, 2019 and by e-mail communication March 4 and March 5, 2019. Arnold & Porter has not responded with its position as of the time of this filing (the last day for such filing under Circuit Rule 27(h)). Accordingly, Venable LLP does not know the position of Arnold & Porter on this Motion.

1

This Court has not previously granted, nor has any party sought, an extension of time with regard to the Motion to Strike. There are no other deadlines affected by this first request for an extension of time to file a response to the Motion to Strike because the case is stayed by this Court's Order dated February 14, 2019 [Doc. No. 1773506].

WHEREFORE, the Republic respectfully requests that the Court grant this Motion.

Respectfully submitted,

Dated: March 6, 2019

*/s/ Moxila A. Upadhyaya*
Moxila A. Upadhyaya
Michael B. MacWilliams
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202-344-4000
Fax: 202-344-8300

*Attorneys for Respondent-Appellant*
*Bolivarian Republic of Venezuela*

**CERTIFICATE OF COMPLIANCE**

The foregoing Motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(g)(1) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), the Motion contains 214 words.

March 6, 2019                        /s/ Moxila A. Upadhyaya
                                        Moxila A. Upadhyaya

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2019, I electronically filed the foregoing document with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

March 6, 2019                                   /s/ Moxila A. Upadhyaya
                                                          Moxila A. Upadhyaya

**CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES**

Pursuant to Circuit Rule 28(a)(1), counsel for Respondent-Appellant files this Certificate as Parties, Rulings under Review, and Related Cases.

A.　　Parties.　All parties appearing before the District Court were listed in the Notice of Appeal.　There were no intervenors or amici below, and Respondent-Appellant is unaware of any on appeal.

B.　　Rulings under Review.　The ruling under review in this appeal is the Memorandum Opinion and Order issued by District Judge Richard J. Leon on March 2, 2018, Dkt. Nos. 21, 22.

C.　　Related Cases.　There are no related cases.

　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 6, 2019　　　　　　　*/s/ Moxila A. Upadhyaya*
　　　　　　　　　　　　　　　　Moxila A. Upadhyaya
　　　　　　　　　　　　　　　　Michael B. MacWilliams
　　　　　　　　　　　　　　　　VENABLE LLP
　　　　　　　　　　　　　　　　600 Massachusetts Avenue, NW
　　　　　　　　　　　　　　　　Washington, DC  20001
　　　　　　　　　　　　　　　　Telephone: 202-344-4000
　　　　　　　　　　　　　　　　Fax: 202-344-8300

　　　　　　　　　　　　　　　　*Attorneys for Respondent-Appellant*
　　　　　　　　　　　　　　　　*Bolivarian Republic of Venezuela*