| | |
|---|---|
| RUSORO MINING LIMITED, | No. 18-7044 |
| *Petitioner-Appellee*, | (D.D.C. No. 1:16-cv-2020) |
| v. | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | |
| *Respondent-Appellant*. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION TO HOLD CASE IN ABEYANCE
PENDING RESOLUTION OF FOREIGN PROCEEDINGS**

Pursuant to Federal Rule of Appellate Procedure 27 and D.C. Circuit Rule 27, Respondent-Appellant the Bolivarian Republic of Venezuela (the "Republic") moves for a fourteen-day extension of time—until June 7, 2021—to file its reply brief in support of its motion to hold this appeal in abeyance until final resolution of proceedings in France (Doc. 1897268).

In support of this motion, the Republic states as follows:

1. As set forth fully in the Republic's motion to hold case in abeyance (Doc. 1897268), this appeal concerns an arbitral award that Petitioner-Appellee

1

Rusoro Mining Limited ("Rusoro") seeks to enforce in the United States and that is concurrently the subject of set-aside proceedings in France.

2. On May 30, 2019, the Republic moved this Court to hold this appeal in abeyance pending the termination of set-aside proceedings in France. Doc. 1790285. And Rusoro consented to "holding this appeal in abeyance pending final resolution of the set-aside proceedings before the French courts." *Id.* at 4.

3. This Court granted the motion and ordered the appeal "held in abeyance pending further order of the court." Doc. 1790740. The Court directed the parties "to file motions to govern further proceedings in this case within 30 days of the disposition by the Cour de Cassation in France." *Id.*

4. On March 31, 2021, the *Cour de cassation* issued a decision and remitted the case for further proceedings before the *cour d'appel* in Paris.

5. On May 4, 2021, the Republic moved to hold this appeal in abeyance for sixty days—a period of time that the Republic stated would likely clarify "whether further proceedings in the *cour d'appel* will take place and whether such proceedings would be of a substantive or ministerial nature." Doc. 1897268, at ¶ 10.

6. Based on the advice of French counsel, the Republic understands that remit proceedings—if any—are not automatically referred to the lower court but

must be initiated by one of the parties within two months of receipt of the decision of the *Cour de cassation*. *See* Code de procédure civile arts. 1032, 1034.

7. The Republic's understanding is that the two-month period within which a party may initiate remit proceedings will expire on or shortly after May 31, 2021—two months from the date of the *Cour de cassation*'s decision. At that time, it will be clear whether further set-aside proceedings in the *cour d'appel* will take place.

8. A fourteen-day extension of time—until June 7, 2021—is warranted because it will clarify the factual and legal status of set-aside proceedings in France. If, after May 31, 2021, no party has initiated remit proceedings in the *cour d'appel* and the French proceedings have fully concluded, there will be no further need to hold this case in abeyance, and the Republic will withdraw its pending motion (Doc. 1897268). Alternatively, if timely remit proceedings are initiated in the *cour d'appel*, holding the case in abeyance until those proceedings have concluded may be warranted.

9. Rusoro will not suffer any prejudice by this Court granting a modest fourteen-day extension to file its reply brief. The pendency of this appeal does not stay the district court's judgment.

10. Rusoro does not oppose this motion.

# CONCLUSION

For the foregoing reasons, the Bolivarian Republic of Venezuela respectfully requests that the Court grant the Republic's motion for a fourteen-day extension of time—until June 7, 2021—to file a reply in support of its motion to hold this appeal in abeyance until final resolution of proceedings in France.

Respectfully submitted,

Dated: May 21, 2021

*/s/ Kent A. Yalowitz*

Kent A. Yalowitz
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
kent.yalowitz@arnoldporter.com

E. Whitney Debevoise
Sally L. Pei
Stephen K. Wirth
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
whitney.debevoise @arnoldporter.com

*Attorneys for the Bolivarian Republic of Venezuela*

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, I electronically filed the foregoing document with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


Dated: May 21, 2021

*/s/ Stephen K. Wirth*
Stephen K. Wirth

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document complies with Federal Rule of Appellate Procedure 27(d)(2)(A) and Federal Rule of Appellate Procedure 32(g)(1) because it contains 585 words. I further certify that the foregoing document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2010 in Times New Roman 14-point font.

Dated:  May 21, 2021

*/s/  Stephen K. Wirth*
Stephen K. Wirth