# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

RUSORO MINING LIMITED,

        *Petitioner-Appellee*,

        v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

        *Respondent-Appellant*.

No. 18-7044

(D.D.C. No. 1:16-cv-2020)

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

Petitioner-Appellee Rusoro Mining Ltd. and Respondent-Appellant the Bolivarian

Republic of Venezuela hereby stipulate and agree to the voluntary dismissal of the

above-captioned appeal, with each side to bear its own costs.

Dated: September 17, 2021

Respectfully submitted,

/s/ *James E. Berger*

James E. Berger
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Telephone: +1 212.556.2202
jberger@kslaw.com

*Attorney for Rusoro Mining Limited*

/s/ *Kent A. Yalowitz*

Kent A. Yalowitz
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
kent.yalowitz@arnoldporter.com

*Attorney for the Bolivarian Republic of Venezuela*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2021, I electronically filed the foregoing document with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


Dated: September 17, 2021          /s/  Kent A. Yalowitz
                                    Kent A. Yalowitz

**CERTIFICATE OF COMPLIANCE**

The undersigned certifies that the foregoing document complies with Fed. R.

App. P. 27(d)(2)(A) and Fed. R. App. P. 32(g)(1) because it contains 49 words.


Dated:  September 17, 2021          */s/  Kent A. Yalowitz*
                                    Kent A. Yalowitz